160 A.3d 788

Jeremy ROBINSON, t/d/b/a Psu Knowhow, Petitioner

v.

DEPARTMENT OF LABOR AND INDUSTRY, Office of Unemployment Tax Services, Respondent

No. 397 MAL 2016

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

AND NOW, this 2nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.